

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH |
| 220 Headquarters Plaza | ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | PROVIDENCE, RI |
| East Tower, 7th Floor | ATLANTA, GA | GREENVILLE, SC | MORRISTOWN, NJ | RALEIGH-DURHAM, NC |
| Morristown, NJ 07960-6834 | AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | RICHMOND, VA |
| Tel 973 538-6890 | BALTIMORE, MD | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| Fax 973 540-9015 | BIRMINGHAM, AL | INDIANAPOLIS, IN | NORFOLK, VA | SAINT LOUIS, MO |
| www.jacksonlewis.com | BOSTON, MA | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| Richard J. Cino - Managing Partner | CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | STAMFORD, CT |
| | DALLAS, TX | MEMPHIS, TN | PHOENIX, AZ | TAMPA, FL |
| | DENVER, CO | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | | | PORTLAND, OR | WHITE PLAINS, NY |

CARLA D. MACALUSO
Email Address: macalusc@jacksonlewis.com

April 29, 2013

**VIA ELECTRONIC FILING**
The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 2C
Newark, NJ  07102

        Re:    Patient Care Associates LLC a/s/o Y.J.B. v. Deloitte LLP
              Civil Action No. 13-2521

Dear Judge Mannion:

      We represent Defendant Deloitte LLP in the above matter.  We are writing to respectfully request an extension of time to answer, move or otherwise respond.  Defendant's response is currently due on **May 10, 2013**.[1]  To that end, enclosed is a proposed form of order extending Defendant's time to answer, move or otherwise respond to Plaintiff's complaint.  Defendant's answer would now be due on **June 10, 2013**.  Plaintiff's counsel consents to this request.

      We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    JACKSON LEWIS LLP

                    s/ Carla D. Macaluso
                    Carla D. Macaluso

CDM/lac
Enclosure
cc:    Andrew R. Bronsnick (via ECF)

223883 Judge Mannion.doc
4836-7277-0323, v. 1

---

[1] Defendants previously obtained an extension to answer pursuant to Local Rule 6.1(b).